IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–21–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TERRY LYNN SMITH, | |
| Defendant. | |

Before the Court is Defendant Terry Lynn Smith's unopposed motion to enlarge time to file plea agreement. (Doc. 17.) Through the motion, Defendant requests that the Court extend the deadline to file a plea agreement by four days. (*Id.* at 1.) The United States does not oppose. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 17) is GRANTED. Defendant may file a plea agreement on or before September 16, 2024.

DATED this 11th day of September, 2024.

Dana L. Christensen, District Judge
United States District Court